AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| RUTH ABRAMS ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| ALLEN LEWIS & ASSOCIATES ) | 5:10-CV-83-OC-10GRJ |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ALLEN LEWIS & ASSOCIATES
1185 Lane Avenue Suite 5
Jacksonville FL 32205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Kiverts
Krohn & Moss, Ltd.
120 W Madison St, 10th Floor
Chicago, IL 60602
(312) 578-9428

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH

CLERK OF COURT

Date:  3-1-10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLEN, LEWIS + ASSOC.
was received by me on *(date)* 2-3-10 10:30A.

REGINA HECHT.

☒ I personally served the summons on the individual at *(place)* 1185 LANE AVE JAX FL 32205 on *(date)* 2-3-10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* REGINA HECHT, who is designated by law to accept service of process on behalf of *(name of organization)* 12:50P on *(date)* 2-3-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*  #293

DAVID BRAXTON   SPECIAL PROCESS SVR.
*Printed name and title*

2810 CHEROKEE AVE  JAX FL 32210
*Server's address*

Additional information regarding attempted service, etc: